UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cv-06515-SB-SP | Date: | 11/12/2021 |
|---|---|---|---|

| Title: | *Tracy Cui v. Snow Joe, LLC et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(IN CHAMBERS) ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT**

On November 11, 2021, the parties filed a stipulation requesting that the Court remand this case to Los Angeles County Superior Court. Dkt. No. 27. The stipulation explains that at a recent "person most knowledgeable" deposition of an individual at Defendant Snow Joe, LLC, Plaintiff's counsel learned for the first time of another entity that it intends to add as a defendant. The stipulation explains that this new entity is domiciled in California and thus would destroy complete diversity. Because diversity is the basis for subject matter jurisdiction over this case, and diversity jurisdiction will likely soon no longer exist, the parties now seek a remand order. Finding good cause to do so, the Court hereby **GRANTS** the parties' stipulation and remands this case to Los Angeles County Superior Court.

**IT IS SO ORDERED**.